1820.<br>The Atalanta.

Decree accordingly.

———o✳o———

(PRIZE.)

The ATALANTA.—*Faussat*, Claimant.

A question of proprietary interest on farther proof. Condemnation pronounced.

This cause was continued at February term, 1818,[a] for farther proof, but the farther proof received at the last term being unsatisfactory, it was again continued, on account of some peculiar circumstances in the case, to the present term, when no farther proof being produced, condemnation was pronounced.

Decree reversed.

a Vide Ante, Vol. III. p. 409.